IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH OSMOND DANIHEL** | : | CIVIL ACTION |
| *Pro se Plaintiff* | : | |
| | : | NO. 14-1330 |
| v. | : | |
| | : | |
| **OFFICE OF THE PRESIDENT OF THE** | : | |
| **UNITED STATES OF AMERICA,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW,** this 3rd day of September 2014, upon consideration of the *motions to dismiss* filed by Defendants[1] pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), [ECF 5, 6, 9, 10 and 14], Plaintiff's responses in opposition thereto, [ECF 15, 18], the allegations contained in the complaint, [ECF 1], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motions to dismiss are **GRANTED,** and the complaint is dismissed for lack of subject matter jurisdiction.

The Clerk of Court is directed to mark this matter **CLOSED.**

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.

---

[1] The named Defendants include the following: Office of the President of the United States of America, the United States Department of Housing and Urban Development, Office of the United States Senator of Pennsylvania, Office of the United States Senator of Pennsylvania, Offices of the United States First, Second and Thirteenth Congressional Districts of the State of Pennsylvania, the Commonwealth of Pennsylvania, the Office of the Governor of the Commonwealth of Pennsylvania, Office of the State Senator of the State of Pennsylvania Second Senatorial District, Office of the Mayor of the City of Philadelphia, the City of Philadelphia, Office of the City Council President of the City of Philadelphia, Offices of the 6th, 7th and 9th City Council Districts of the City of Philadelphia, Derek Green, the Redevelopment Authority of the City of Philadelphia, Brian Abernathy, James Cuorato, Nicholas Scafidi, Denise Smyler, Rob Dubow, Jennifer Rodriguez, and Alan Greenberger.